Reset Form

DATE: 1/21/2021

REPLY TO ATTN OF: Jake

SUBJECT: Possibly Related Case
CASE NUMBER: 1:21-cv-66
CASE CAPTION: Skatemore, Inc. et al v. Whitmer et al

UNITED STATES DISTRICT COURT

# memorandum

**FILED - GR**
January 22, 2021 8:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 1-22

TO: Magistrate Judge Green

According to the nature of the complaint and common parties listed, this case may be related to the cases listed below:

Judge Paul L. Maloney          Case Number: Cases assigned per AO-20-CA-33

                               Case Number: _____

                               Case Number: _____

____ Case is related          **X** Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

This case involves the "takings clause," while the other cases assigned to Judge Maloney involve other issues.

Dated: **Jan 21, 2021**

Signature: Phillip J. Green

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

____ Direct assignment performed
**X** Random assignment performed

Initials: JMW
Date: 1-22-21

07/15