UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKATEMORE, INC., et al.,

       Plaintiffs,                             Case No. 1:21–cv–66

v.                                       Hon. Hala Y. Jarbou

GRETCHEN WHITMER, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above–captioned case was electronically filed in this court on January 20, 2021 .   The case has been assigned to Hala Y. Jarbou .
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                              CLERK OF COURT

Dated:  January 22, 2021       By:   /s/ E. Siskind_____
                                                 Deputy Clerk