# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

SKATEMORE, INC. et. al.

v.

GRETCHEN WHITMER, et. al.

Case No. 1:21-cv-00066

Hon.  Hala Y. Jarbou

TO:  GRETCHEN WHITMER

ADDRESS: Executive Office
Governor Gretchen Whitmer
111 S. Capitol Ave.
Lansing, MI 48933

---

A lawsuit has been filed against you.

YOU  ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David A. Kallman
Attorney for Plaintiffs
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



February 2, 2021

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____ GRETCHEN WHITMER _____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                           (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

SKATEMORE, INC. et. al.

Case No. 1:21-cv-00066

Hon. Hala Y. Jarbou

v.

GRETCHEN WHITMER, et. al.

TO: Director of MDHHS, Robert Gordon

ADDRESS: Michigan Department of Health & Human Services
333 S. Grand Ave.
Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

David A. Kallman
Attorney for Plaintiffs
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT



February 2, 2021

By: Deputy Clerk            Date

---

## PROOF OF SERVICE

This summons for _____Director of MDHHS, Robert Gordon_____ was received by me on _____.
<small>(name of individual and title, if any)</small>        <small>(date)</small>

☐ I personally served the summons on the individual at _____
on _____.        <small>(place where served)</small>
    <small>(date)</small>

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                          <small>(name)</small>
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                             <small>(date)</small>

☐ I served the summons on _____, who is designated by law to accept service
                      <small>(name of individual)</small>
of process on behalf of _____ on _____.
                      <small>(name of organization)</small>        <small>(date)</small>

☐ I returned the summons unexecuted because _____.

☐ Other <small>(specify)</small> _____.

      My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
<small>Server's signature</small>

Additional information regarding attempted service, etc.:

_____
<small>Server's printed name and title</small>

_____
<small>Server's address</small>

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

SKATEMORE, INC. et. al.

v.

GRETCHEN WHITMER, et. al.

Case No. 1:21-cv-00066

Hon.  Hala Y. Jarbou

TO:  Michigan Department of Health & Human Services
ADDRESS: 333 S. Grand Ave.
Lansing, MI 48909

---

A lawsuit has been filed against you.

YOU  ARE  HEREBY  SUMMONED  and  required  to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days  after  service  of  this  sum mons  on  you  (not counting  the  day  you  received  it).  If  y ou  fail  to  respond, judgment by default will be entered against you for the relief demanded  in  the  complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kallman
Attorney for Plaintiffs
5600 W. Mount Hope Hwy.
Lansing, MI 48917

CLERK OF COURT

February 2, 2021

By: Deputy Clerk                                          Date

---

## PROOF OF SERVICE

This summons for ___Michigan Department of Health & Human Services___ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____

on _____.                                          (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)

of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)

of process on behalf of _____ on _____.
(name of organization)                                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address