# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SKATEMORE, INC., d/b/a ROLL HAVEN
SKATING CENTER, a Michigan
corporation; SLIM'S REC, INC., d/b/a
SPARTAN WEST BOWLING CENTER/
BEAMERS RESTAURANT, a Michigan
corporation; MR. K ENTERPRISES, INC,
d/b/a ROYAL SCOT GOLF & BOWL, a
Michigan corporation; M.B. AND D. LLC,
d/b/a FREMONT LANES, a Michigan
limited liability company; and R2M, LLC,
d/b/a SPECTRUM LANES & WOODY'S
PRESS BOX, a Michigan limited liability
company,

Plaintiffs,

-vs-

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan;
ROBERT GORDON, in his official capacity
as Director of the Michigan Department of
Health and Human Services; MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, a Michigan Administrative Agency,

Defendants.

_____/

**STIPULATION AND
ORDER**

CASE NO:1:21-CV-00066

HON. HALA Y. JARBOU

MAG. SALLY J. BERENS

| | |
|---|---|
| David A. Kallman              (P34200) | Kyla L. Barranco   (P81082) |
| Stephen P. Kallman            (P75622) | Darrin F. Fowler    (P53464) |
| KALLMAN LEGAL GROUP, PLLC | Andrea Moua        (P83126) |
| Attorneys for Plaintiffs | Assistant Attorneys General |
| 5600 W. Mount Hope Hwy. | Attorneys for Defendants |
| Lansing, MI  48917 | P.O. Box 30736 |
| (517) 322-3207 | Lansing, MI 48909 |
| dave@kallmanlegal.com | (517) 335-7632 |
| steve@kallmanlegal.com | BarrancoK@michigan.gov |
| | FowlerD1@michigan.gov |
| | MouaA@michigan.gov |

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as follows:

1. Defendants filed a Motion to Dismiss on April 12, 2021.

2. Plaintiffs' response to Defendants' Motion to Dismiss is currently due on May 10, 2021.

3. The parties agree that Plaintiffs shall have an additional 14 days to respond to Defendants' Motion to Dismiss, and it shall be due on May 24, 2021.

Dated: May 6, 2021

*/s/ David A. Kallman*
David A. Kallman
KALLMAN LEGAL GROUP, PLLC
Attorney for Plaintiffs

Dated: May 6, 2021

*/s/ Darrin F. Fowler*
Darrin F. Fowler
ASSISTANT ATTORNEY GENERAL
Attorney for Defendants

## **ORDER**

The Court having read the above stipulation, and being otherwise fully advised in the premises:

**IT IS SO ORDERED.**

Dated: May 7, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE