IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SKATEMORE, INC., d/b/a ROLL HAVEN SKATING CENTER, a Michigan corporation, et al., | Case No. 1:21-cv-00066 |
| | HON. HALA Y. JARBOU |
| Plaintiffs, | MAG. SALLY J. BERENS |
| v. | |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, et al., , | |
| Defendants. | |

| | |
|---|---|
| David A. Kallman (P34200) | Daniel Ping (P81482) |
| Stephen P. Kallman (P75622) | Darrin F. Fowler (P53464) |
| Kallman Legal Group, PLLC | Kyla L. Barranco (P81082) |
| Attorneys for Plaintiffs | Andrea Moua (P83126) |
| 5600 W. Mount Hope Hwy. | Assistant Attorneys General |
| Lansing, MI 48917 | Attorneys for Defendants |
| (517) 322-3207 | Corporate Oversight Division |
| dave@kallmanlegal.com | P.O. Box 30736 |
| steve@kallmanlegal.com | Lansing, MI  48909 |
| | (517) 335-7632 |
| | PingD@michigan.gov |

**STIPULATED ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT**

WHEREAS the parties were ordered to submit a Joint Status Report on or before July 14, 2021 (ECF No. 25);

WHEREAS this Court's resolution of Defendants' pending motion to dismiss (ECF No. 14) may alter or obviate the contents of a Joint Status Report submitted prior to that resolution;

WHEREAS the parties consent and stipulate to extend the deadline to submit a Joint Status Report as set forth below;

IT IS HEREBY ORDERED that the parties' deadline to submit the Joint Status Report shall be within fourteen days after this Court resolves Defendants' pending motion to dismiss (ECF No. 14).

**IT IS SO ORDERED**.

Dated: July _____, 2021

_____
Hon. Hala Y. Jarbou
U.S. District Court Judge

Approved as to form:

*/s/ David A. Kallman* (with consent)
David A. Kallman (P34200)
Attorney for Plaintiffs

*/s/ Daniel Ping*
Daniel Ping (P81482)
Attorney for Defendants